FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 MAR 17 PM 4:06

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. CCB-15-0108 |
| SCOTT ODHAM | * (Mailing Threatening Communications, 18 U.S.C. §§ 876(c) and (d)) |
| Defendant | * |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

In or about January 2014, the exact date being unknown, in the District of Maryland, the defendant,

**SCOTT ODHAM,**

knowingly and willfully deposited in an authorized depository for mail matter to be sent and delivered by the Postal Service, and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication addressed to a person and containing a threat to injure the person; to wit, the defendant mailed a letter to "CB", who is a Sergeant with the Maryland State Police, containing a threat to injure her.

18 U.S.C. § 876(c)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about March 5, 2014, in the District of Maryland, the defendant,

**SCOTT ODHAM**,

knowingly, and with intent to extort money and a thing of value from a person, deposited in an authorized depository for mail matter to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication containing a threat to injure the property and reputation of the person.

18 U.S.C. § 876(d)

_____
Rod J. Rosenstein
United States Attorney

Date: March 17, 2015